Opinion filed August 9,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00083-CR

                                                    __________

 

                                 JOHNATHAN
McCAIN, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 104th District Court

                                                            Taylor
County, Texas

                                                    Trial
Court Cause No. 17760B

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Johnathan
McCain has filed in this court a motion to withdraw his notice of appeal and
dismiss his appeal.  Pursuant to Tex. R.
App. P. 42.2, the motion is signed by both appellant and his counsel.

The
motion is granted.  Appellant’s notice of appeal is withdrawn, and the appeal
is dismissed.

 

August 9, 2012                                                                       PER
CURIAM

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.